John A. CULLEY, Petitioner,

v.

RAILROAD RETIREMENT BOARD,
Respondent.

No. 22, Docket 27474.

United States Court of Appeals
Second Circuit.

Argued Oct. 8, 1962.

Decided Oct. 8, 1962.

John A. Culley, petitioner, pro se.

Myles F. Gibbons, Gen. Counsel, Railroad Retirement Board, Chicago, Ill. (David B. Schreiber, Assoc. Gen. Counsel, and Edward E. Reilly and O. Marvin Funk, Attys., Railroad Retirement Bd., Chicago, Ill., on the brief), for respondent.

Before CLARK, MOORE and SMITH, Circuit Judges.

PER CURIAM.

The decision is controlled by Kaiser v. Railroad Retirement Board, 2 Cir., 264 F.2d 684, in all substantial points. It is affirmed.

Willie C. HARRIS, Jr., Plaintiff,
Appellant,

v.

UNITED STATES of America et al.,
Defendants, Appellees.

No. 6017.

United States Court of Appeals
First Circuit.

Oct. 18, 1962.

Keesler H. Montgomery, Boston, Mass., for appellant.

William F. Looney, Jr., Asst. U. S. Atty., with whom W. Arthur Garrity, Jr., U. S. Atty., and Daniel B. Bickford, Asst. U. S. Atty., were on brief, for appellees.

Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit Judges.

PER CURIAM.

From concessions of fact made by counsel for the appellant at oral argument it appears that this case has become moot.

Judgment will be entered affirming the judgment of the District Court, 204 F. Supp. 228, dismissing the complaint.